**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MATHEW HILLBURN,** | |
| **Plaintiff,** | **4:23CV3235** |
| **vs.** | **ORDER** |
| **CREDIT COUNSEL INC.,** | |
| **Defendant.** | |

Upon the notice of settlement filed by counsel for plaintiff (Filing No. 6),

**IT IS ORDERED:**

1.  On or before **March 15, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 13th day of February, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge